FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>             Plaintiff,          )<br>                                 )<br>         v.                     )<br>                                 )<br> Daisy Lillie Gonzalez           )<br>                                 )<br>             Defendant.          )<br>_____) | Case No. M 16-1778<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

   On arrest warrant issued by the United States District Court for the ___SDCA___ involving alleged violations of conditions of probation/supervised release:

   1.  The court finds that no condition or combination of conditions will reasonably assure:

       A.  (✓) the appearance of defendant as required; and/or

       B.  (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                convincing evidence that he is not likely to pose
 4                a risk to the safety of any other persons or the
 5                community.  Defendant poses a risk to the safety
 6                of other persons or the community based on:
 7                _____
 8                _____
 9                _____
10                _____
11                _____
12           B.   (✓) Defendant has failed to demonstrate by clear and
13                convincing evidence that he is not likely to flee
14                if released.  Defendant poses a flight risk based
15                on: _____
16                _____
17                _____
18                _____
19                _____
20
21      IT IS ORDERED that defendant be detained.
22
23 DATED: 9/2/16
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```